UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
HLADIK, STEVEN P.　　　　　　　　　　　　　　Case No. 08-21478 DSO
　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　　　HON. Daniel S. Opperman

_____Debtor(s)._____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| American General Finance<br>P.O. Box 971<br>Evansville, IN 47706 | 9 | $1,403.32 |
| | **TOTAL** | **$1,403.32** |

Dated: January 15, 2010　　　　　　　　　　*/s/ Karen E. Evangelista (P36144)*
　　　　　　　　　　　　　　　　　　　　　KAREN E. EVANGELISTA, Trustee
　　　　　　　　　　　　　　　　　　　　　903 N. Opdyke, Suite A
　　　　　　　　　　　　　　　　　　　　　Auburn Hills, MI 48326
　　　　　　　　　　　　　　　　　　　　　(248) 276-2533
　　　　　　　　　　　　　　　　　　　　　Kee1008_tee@sbcglobal.net